WILLIAM C. DEVINE, II, ESQ.
Nevada Bar No. 10874
**DEVINE LAW FIRM, PLLC**
5940 South Rainbow Blvd.
Las Vegas, Nevada 89118
Tel: (702) 515-1500
Fax: (702) 577-1934
E-Mail: william@devinelawfirm.com
*Attorney for Debtor*
JOANNE W. ENG

### UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

In re:

JOANNE W. ENG,

Debtor.

BK Case No. 19-12981-mkn
Chapter 13
Judge: Hon. Mike K. Nakagawa
Trustee: Kathleen A. Leavitt

Hearing Date:  TBD
Hearing Time:  TBD

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Pursuant to Nevada Supreme Court Rule 46 and Local Rule IA 11-6 of the United States District Court for the District of Nevada, attorney William Devine II, Esq, of DEVINE LEGAL GROUP ("Counsel"), attorney of record for Debtor JOANNE W. ENG ("Debtor"), moves this Court for an Order permitting Counsel to withdraw as attorney of record for Debtor in any and all matters before this Court.

This Motion is made and based upon the papers, pleadings and documents on file herein, the Points and Authorities that follow hereinafter, and upon such arguments as may be adduced at the time of the hearing.

## POINTS AND AUTHORITIES

Nevada Supreme Court Rule 46 reads as follows:

> **Rule 46.  Withdrawal or change of attorney.**  The attorney in an action or special proceeding may be changed at any time before judgment or final determination as follows:
> 1.   Upon consent of the attorney, approved by the client.
> 2.   Upon the order of the court or judge thereof on the application of the attorney or the client.

**DEVINE LEGAL GROUP**
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Ph: (702) 515-1500 / Fax: (702) 970-7175

1

> After judgment or final determination, an attorney may withdraw as attorney of record at any time upon the attorney's filing a withdrawal, with or without the client's consent

Local Rule IA 11-6(b) of the United States District Court for the District of Nevada reads as follows:

> (b) If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel. The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise.

Local Rule IA 11-6(e) of the United States District Court for the District of Nevada reads as follows:

> (e) Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case. Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing. If a trial setting has been made, an additional copy of the moving papers must be provided to the clerk for immediate delivery to the assigned district judge, bankruptcy judge, or magistrate judge.

As set forth in the Declaration of Counsel William Devine II, Esq., attached as Exhibit "1", Counsel was retained for the Debtor in the above-captioned matter to substitute in as attorney of record for her original counsel to attempt to get the relief from stay order set aside due to misrepresentations in scope of relief requested by creditor's attorney; to represent Debtor in a stay violation motion against creditor for exceeding the present stay relief order in place; and represent client in the adversary proceeding which was removed from San Francisco Superior Court.

This court ultimately entered a modified relief from stay order, and the adversary proceeding was remanded back to the court in San Francisco, leaving the only remaining matter being prosecuting the sanctions/contempt motion.

The Debtor and Creditor had lengthy negotiations regarding settling the matter, participated in a court ordered settlement conference and came very close to settling the claims at that time but ultimately were unable to settle at that time. However, after obtaining a continuance of the evidentiary hearing that this Court had previously scheduled, the parties were able to come to an agreement and Debtor's Counsel made the offer to Creditor's counsel as requested by Debtor on January 23rd, 2024, mirroring a similar offer Creditor's counsel had

made previously. Debtor's counsel agreed to draft the settlement agreement, however due to workload and scheduling issues, had not yet finalized the drafting of the settlement agreement. Creditor's counsel ultimately drafted and sent over the settlement agreement on March 15th, 2024, as agreed by Counsel.

During the time from January 23rd, 2024, to March 15th, 2024, Creditor Legal Recovery LLC filed for protection under Chapter 11 in the Northern District of California, case 24-30074-DM, filed February 6th, 2024. See Court Docket as of 3/26/2024, Exhibit "2" attached hereto. For various reasons that can be explained by Debtor, Debtor has not signed the settlement agreement and appears unwilling to do so, and wishes to proceed with the evidentiary hearing. Due to having concluded the matter with a settlement, Debtor's Counsel and Creditor's Counsel ceased discovery including Debtor's response to discovery propounded by Creditor's Counsel and a deposition of Debtor scheduled by Creditor's counsel.

Due to the bankruptcy filing of Legal Recovery LLC, and that the pending Motion for sanctions is a claim for money against Legal Recovery LLC, upon information and belief, such motion and determination of damages may be stayed by Legal Recovery LLC's Chapter 11 bankruptcy, which may necessitate such evidentiary hearing to be postponed.

Moreover, irreconcilable differences have arisen between Debtor and Debtor's Counsel, which make continued representation impossible.

Based upon the above and foregoing, William Devine II, Esq, of DEVINE LEGAL GROUP hereby requests this Court enter an Order permitting counsel to withdraw as attorney of record for Debtor JOANNE W. ENG such that she may continue to represent herself moving forward, or to retain substitute counsel to represent her moving forward.

Dated this 26th day of March, 2024.

DEVINE LEGAL GROUP

*[signature]*

William C. Devine, II (NV Bar #10874)
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
*Attorney for Debtor, Joanne W. Eng*

# EXHIBIT "1"

**DEVINE LEGAL GROUP**
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Ph: (702) 515-1500 / Fax: (702) 970-7175

### DECLARATION OF WILLIAM DEVINE II, ESQ

1. I, WILLIAM DEVINE II, ESQ of DEVINE LEGAL GROUP do hereby state under penalty of perjury that the foregoing is true and correct.

2. I am the attorney for Debtor JOANNE W. ENG in this pending Chapter 13 bankruptcy petter.

3. Debtor's case was filed May 11, 2019, and the case number is 19-12981-mkn.

4. I was retained by the Debtor in the above-captioned matter to substitute in as attorney of record for her original counsel to attempt to get the relief from stay order set aside due to misrepresentations in scope of relief requested by creditor's attorney; to represent Debtor in a stay violation motion against creditor for exceeding the present stay relief order in place; and represent client in the adversary proceeding which was removed from San Francisco Superior Court.

5. This court ultimately entered a modified relief from stay order, and the adversary proceeding was remanded back to the court in San Francisco, leaving the only remaining matter being prosecuting the sanctions/contempt motion.

6. Creditor is being represented by Attorney Michael Brooks with Hutchison & Steffen, PLLC ("Creditor's Counsel").

7. I have had lengthy settlement negotiations with Creditor's Counsel, including participation in a court ordered settlement conference where we cam very close to settling the claims at that time.

8. The evidentiary hearing for Debtor's Motion regarding sanctions/contempt against Creditor Legal Recovery LLC was continued to the present scheduled date to allow the Parties to continue settlement negotiations, as well as limited discovery and a deposition of Debtor.

9. Shortly thereafter, on January 23rd, 2024, Debtor requested Counsel offer a settlement to Creditor's Counsel, nearly mirroring a prior settlement offer they had made.

10. Creditor's Counsel responded accepting the offer with a contingency that I draft the settlement agreement.

DEVINE LEGAL GROUP
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Ph: (702) 515-1500 / Fax: (702) 970-7175

11. Due to my workload and other matters, I had not yet drafted the agreement by the first full week of March 2024 and Creditor's Counsel offered to draft the settlement agreement, which I agreed via phone.

12. Creditor's counsel sent over the settlement agreement on March 15th, 2024, and I forward such to my client, Debtor Joanne W. Eng.

13. During the time from January 23rd, 2024, to March 15th, 2024, Creditor Legal Recovery LLC filed for protection under Chapter 11 in the Northern District of California, case 24-30074-DM, filed February 6th, 2024.

14. A day or two after agreeing that Creditor's Counsel would draft the settlement agreement but before he sent the settlement agreement over on March 15th, 2024, Debtor emailed me with what appeared to be her decision not to move forward with the settlement as previously agreed.

15. However, both myself and Creditor's Counsel had ceased discovery including Debtor's requirement to respond to discovery propounded by Creditor's Counsel and a deposition of Debtor scheduled by Creditor's counsel.

16. Based on that and subsequent communications I have had with Debtor, irreconcilable differences have arisen between Debtor and myself which make continued representation impossible.

17. Due to the bankruptcy filing of Legal Recovery LLC, it is my understanding that Debtor may need to seek relief from stay in the Legal Recovery LLC bankruptcy case to continue prosecuting this contempt/sanctions claim against Legal Recovery LLC. As such, I believe that the evidentiary hearing may need to be postponed, and thus Debtor would not be prejudiced by my withdrawal and would be have time to obtain substitute counsel for this Nevada matter.

18. Therefore, I request that I be allowed to withdraw as attorney of record for Debtor Joanne W. Eng.

/ / /

/ / /

19. Until Debtor is able to secure replacement counsel, I request that all notices, correspondence, and pleadings be forwarded to Debtor directly at the following address:

> Joanne W. Eng.
> 10120 W. Flamingo Road, Suite 4
> Las Vegas, Nevada 89148

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed this 26th day of March, 2024.

_____
William Devine II, Esq.

DEVINE LEGAL GROUP
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Ph: (702) 515-1500 / Fax: (702) 970-7175

# EXHIBIT "2"

# Legal Recovery LLC
# California Bankruptcy Docket

DEVINE LEGAL GROUP
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Ph: (702) 515-1500 / Fax: (702) 970-7175

Subchapter_V, PlnDue, DsclsDue

## U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 24-30074

|  |  |
|---|---|
| *Assigned to:* Judge Dennis Montali | *Date filed:* 02/06/2024 |
| Chapter 11 | *341 meeting:* 04/09/2024 |
| Voluntary | *Deadline for filing claims:* 05/13/2024 |
| Asset | *Deadline for objecting to discharge:* 05/03/2024 |

| | |
|---|---|
| *Debtor*<br>**Legal Recovery LLC**<br>PO Box 225254<br>San Francisco, CA 94122<br>SAN FRANCISCO-CA<br>Tax ID / EIN: 46-5306698 | represented by **Leeds Disston**<br>300 Frank H Ogawa Plz, Ste 205<br>Oakland, CA 94612-2060<br>(510) 835-8110 |
| *Trustee*<br>**Gina R. Klump**<br>Gina R. Klump, Trustee<br>11 5th Street, Suite 102<br>Petaluma, CA 94952<br>707-778-0111 | |
| *U.S. Trustee*<br>**Office of the U.S. Trustee / SF**<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102<br>(415)705-3333 | represented by **Trevor Ross Fehr**<br>Office of the U.S. Trustee<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814<br>(408) 535-5525<br>Email: trevor.fehr@usdoj.gov<br><br>**Christina Lauren Goebelsmann**<br>Department of Justice<br>450 Golden Gate Ave.<br>5th Floor<br>Ste 05-0153<br>San Francisco, CA 94102<br>415-705-3365<br>Email: christina.goebelsmann@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 02/06/2024 | 1<br>(11 pgs) | Chapter 11 Voluntary Petition for Non-Individual, Fee Amount $1,738.00. Filed by Legal Recovery LLC . Application to Employ Counsel by Debtor due by 3/7/2024. Order Meeting of Creditors due by 2/13/2024.Incomplete Filings due by 2/20/2024. (ka) Modified on 2/6/2024 (ka). (Entered: 02/06/2024) |
| 02/06/2024 | 2 | First Meeting of Creditors with 341(a) meeting to be held on 3/4/2024 at 01:00 PM via Tele/Videoconference - www.canb.uscourts.gov/calendars. Proofs of Claims due by 6/3/2024. (Scheduled Automatic Assignment) (Entered: 02/06/2024) |
| 02/06/2024 |  | Receipt Number 27BM8DJP, Fee Amount $1,738.00 (RE: related document(s)1 Voluntary Petition (Chapter 11)). (bg) (Entered: 02/06/2024) |
| 02/06/2024 | 3<br>(2 pgs; 2 docs) | Order to File Required Documents and Notice of Automatic Dismissal . (ka) (Entered: 02/06/2024) |
| 02/06/2024 | 4<br>(3 pgs; 2 docs) | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (ka) (Entered: 02/06/2024) |

| | | | |
|---|---|---|---|
| 02/06/2024 | 5<br>(3 pgs; 2 docs) | | Order and Notice of Chapter 11 Status Conference **Status Conference scheduled for 3/22/2024 at 10:00 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Status Conference Statement due by 3/15/2024 (ka) (Entered: 02/06/2024) |
| 02/07/2024 | 6<br>(1 pg) | | Notice of Appearance and Request for Notice by Trevor Ross Fehr. Filed by U.S. Trustee Office of the U.S. Trustee / SF (Fehr, Trevor) (Entered: 02/07/2024) |
| 02/07/2024 | 7<br>(2 pgs; 2 docs) | | Order for Payment of State and Federal Taxes (admin) (Entered: 02/07/2024) |
| 02/08/2024 | 8<br>(4 pgs) | | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 4 Generate 341 Notices). Notice Date 02/08/2024. (Admin.) (Entered: 02/08/2024) |
| 02/08/2024 | 9<br>(2 pgs) | | BNC Certificate of Mailing (RE: related document(s) 3 Order to File Missing Documents). Notice Date 02/08/2024. (Admin.) (Entered: 02/08/2024) |
| 02/08/2024 | 10<br>(4 pgs) | | BNC Certificate of Mailing (RE: related document(s) 5 Order and Notice of Status Conference Chp 11). Notice Date 02/08/2024. (Admin.) (Entered: 02/08/2024) |
| 02/10/2024 | 11<br>(3 pgs) | | BNC Certificate of Mailing - Payment of State and Fed Taxes. (RE: related document(s) 7 Order for Payment of State and Federal Taxes). Notice Date 02/10/2024. (Admin.) (Entered: 02/10/2024) |
| 02/20/2024 | 12<br>(5 pgs) | | Amended Voluntary Petition (choose to proceed under SubV). Filed by Debtor Legal Recovery LLC (lj). Related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor Legal Recovery LLC. Modified on 2/26/2024 (jf). (Entered: 02/20/2024) |
| 02/20/2024 | 13<br>(31 pgs) | | Summary of Assets and Liabilities for Non-Individual , Schedule A/B: Property - for Non-Individual , Schedule E/F : Creditors Who Have Unsecured Claims for Non-Individual , Schedule G: for Non-Individual , Schedule H: for Non-Individual , Declaration Under Penalty of Perjury for Non-Individual Debtors , Statement of Financial Affairs for Non-Individual (RE: related document(s)1 Voluntary Petition (Chapter 11)). Filed by Debtor Legal Recovery LLC (lj) (Entered: 02/20/2024) |
| 02/20/2024 | 14<br>(4 pgs; 2 docs) | | Amendment to List of Creditors . Fee Amount $34 , Amended Schedule D for Non-Individual Creditors Having Claims Secured by Property Filed by Debtor Legal Recovery LLC (Attachments: # 1 PDF of Amended Schedule D) (lj) Modified on 2/20/2024 (lj). (Entered: 02/20/2024) |
| 02/20/2024 | 15<br>(2 pgs) | | Chapter 11 or Chapter 9 Cases Non-Individual: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Debtor Legal Recovery LLC (lj) (Entered: 02/20/2024) |
| 02/20/2024 | 16<br>(1 pg) | | List of Equity Security Holders Filed by Debtor Legal Recovery LLC (lj) (Entered: 02/20/2024) |
| 02/20/2024 | | | Receipt Number 27C1TDOO, Fee Amount $34.00 (RE: related document(s)14 Amended Creditor Matrix (Fee), Schedule D). (bg) (Entered: 02/20/2024) |
| 02/20/2024 | 17<br>(6 pgs) | | Notice of Motion and Motion to Convert Debtor's Chapter 11 into Chapter 7 and/or to Appointment of Trustee or Examiner together with Memorandum of Points and Authorities in Support with Proof of Service. Fee Amount $15 Filed by Requestor Joanne Eng. DEFECTIVE ENTRY: Notice of Hearing or Opportunity for Hearing must be filed separately; Party filer to pay required filing fee. (lj) (Entered: 02/20/2024) |
| 02/20/2024 | 18<br>(5 pgs) | | Declaration of Joanne Eng in support of Her Motion to Convert Debtor's Chapter 11 into Chapter 7 and/or to Appointment of Trustee or Examiner. (RE: related document(s)17 Motion to Convert Case to Chapter 7). Filed by Requestor Joanne Eng (lj) (Entered: 02/20/2024) |
| 02/21/2024 | 19<br>(2 pgs; 2 docs) | | Notice Letter of Deficiency (RE: related document(s)17 Notice of Motion and Motion to Convert Debtor's Chapter 11 into Chapter 7 and/or to Appointment of Trustee or Examiner together with Memorandum of Points and Authorities in Support with Proof of Service. Fee Amount $15 Filed by Requestor Joanne Eng. DEFECTIVE ENTRY: Notice of Hearing or Opportunity for Hearing must be filed separately; Party filer to pay required filing fee. (lj)). (lj) (Entered: 02/21/2024) |
| 02/21/2024 | 20<br>(2 pgs) | | Request for Notice Filed by Creditor Martin Eng (Voisenat, Phyllis) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/22/2024 | 21 (2 pgs) | Appointment of Trustee and Approval of Bond Trustee Gina R. Klump added to the case. *Notice of Appointment of Subchapter V Trustee*. (Goebelsmann, Christina) (Entered: 02/22/2024) |
| 02/22/2024 | 22 (2 pgs) | Certificate of Service *Notice of Appointment of Subchapter Trustee* (RE: related document(s)21 Appointment of Trustee and Approval of Bond). Filed by U.S. Trustee Office of the U.S. Trustee / SF (Goebelsmann, Christina) (Entered: 02/22/2024) |
| 02/23/2024 | 23 (1 pg) | Request for Notice Filed by Trustee Gina R. Klump (Klump, Gina) (Entered: 02/23/2024) |
| 02/23/2024 | 24 (4 pgs; 2 docs) | Order Resetting Time of Hearing (RE: related document(s)17 Motion to Convert Case to Chapter 7 filed by Requestor Joanne Eng). **Hearing scheduled for 3/29/2024 at 10:00 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** (lp) (Entered: 02/23/2024) |
| 02/23/2024 | 25 (15 pgs) | Adversary case 24-03009. 14 (Recovery of money/property - other), 71 (Injunctive relief - reinstatement of stay) Complaint by Martin Eng against Legal Recovery, LLC. Fee Amount $350. (Voisenat, Phyllis) (Entered: 02/23/2024) |
| 02/23/2024 | 26 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 19 Notice). Notice Date 02/23/2024. (Admin.) (Entered: 02/23/2024) |
| 02/24/2024 | | Receipt Number 27C5SCKR, Fee Amount $15.00 (RE: related document(s)17 Motion to Convert Case to Chapter 7 Fee Amount $15, 19 Notice). (bg) (Entered: 02/26/2024) |
| 02/25/2024 | 27 (5 pgs) | BNC Certificate of Mailing (RE: related document(s) 24 Order To Set Hearing). Notice Date 02/25/2024. (Admin.) (Entered: 02/25/2024) |
| 02/26/2024 | | Meeting of Creditors-Amended 341(a) meeting to be held on 3/4/2024 at 01:00 PM Tele/Videoconference - www.canb.uscourts.gov/calendars Last day to oppose discharge or dischargeability is 5/3/2024 Proofs of Claims due by 5/13/2024 (jf) (Entered: 02/26/2024) |
| 02/26/2024 | 28 (3 pgs; 2 docs) | Amended Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (jf) (Entered: 02/26/2024) |
| 02/27/2024 | 29 (3 pgs) | Summons Service Executed on Legal Recovery LLC 2/26/2024 . (Voisenat, Phyllis) (Entered: 02/27/2024) |
| 02/28/2024 | 30 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 28 Generate 341 Notices). Notice Date 02/28/2024. (Admin.) (Entered: 02/28/2024) |
| 03/05/2024 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued . *Debtor's Counsel did not appear*. 341(a) meeting to be held on 3/19/2024 at 09:00 AM Tele/Videoconference - www.canb.uscourts.gov/calendars (Fehr, Trevor) (Entered: 03/05/2024) |
| 03/07/2024 | 31 (2 pgs) | Application to Employ Leeds Disston as Debtor's Attorney Filed by Debtor Legal Recovery LLC (lj) (Entered: 03/07/2024) |
| 03/07/2024 | 32 (2 pgs) | Disclosure of Compensation of Attorney for Debtor (lj) (Entered: 03/07/2024) |
| 03/08/2024 | | Returned Mail: Mail originally sent on 02/23/2024 returned as undeliverable. Returned Mail: The following order sent to Joanne Eng 10120 W Flamingo Rd, Ste 4 Las Vegas, NV 89147-8394 on 02/23/2024 was returned as undeliverable: Notice (ADI Administrator court); (Entered: 03/08/2024) |
| 03/13/2024 | 33 (7 pgs) | Objection *and Reservation of Rights of The U.S. Trustee to the Application to Employ The Law Offices of Leeds Disston as Attorney for the Debtor In Possession*. (RE: related document(s)31 Application to Employ). Filed by U.S. Trustee Office of the U.S. Trustee / SF (Fehr, Trevor) (Entered: 03/13/2024) |
| 03/13/2024 | 34 (2 pgs) | Certificate of Service (RE: related document(s)33 Objection). Filed by U.S. Trustee Office of the U.S. Trustee / SF (Fehr, Trevor) (Entered: 03/13/2024) |
| 03/15/2024 | 35 (3 pgs) | Status Conference Statement (RE: related document(s)5 Order and Notice of Status Conference Chp 11). Filed by Debtor Legal Recovery LLC (lj) (Entered: 03/15/2024) |

| 03/15/2024 | 36<br>(4 pgs) | Small Business Monthly Operating Report for Filing Period February, 2024 Filed by Debtor Legal Recovery LLC (lj) (Entered: 03/15/2024) |
|---|---|---|
| 03/18/2024 | 37<br>(4 pgs) | Opposition to Joanne Eng's Motion to Convert Debtor's Chapter 11 into Chapter 7 together with Declaration of Leeds Disston in opposition of Motion to Convert (RE: related document(s)17 Motion to Convert Case to Chapter 7). Filed by Debtor Legal Recovery LLC (lj) (Entered: 03/18/2024) |
| 03/18/2024 | 38<br>(1 pg) | Request for Notice Filed by Interested Party John A. Vos (Vos, John) Modified on 3/18/2024 (jf). (Entered: 03/18/2024) |
| 03/18/2024 | 39<br>(30 pgs) | Reply Of Joanne Eng To Opposition To Motion To Convert Debtor's Chapter 11 into Chapter 7 and/or To Appointment of Trustee or Examiner together with Declaration of Joanne Eng in Support of Her Reply with attached Exhibits. (RE: related document(s)37 Opposition Brief/Memorandum, Declaration). Filed by Requestor Joanne Eng (lj) (Entered: 03/18/2024) |
| 03/19/2024 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued . *Debtor appeared with Counsel.* 341(a) meeting to be held on 4/9/2024 at 02:00 PM Tele/Videoconference - www.canb.uscourts.gov/calendars (Fehr, Trevor) (Entered: 03/19/2024) |
| 03/21/2024 | 40<br>(4 pgs) | Order on Motion for Clarification of Order - Entered in US Bankruptcy Court, District of Nevada, Case No. 19-12981-MKN (bg) (Entered: 03/21/2024) |
| 03/22/2024 | | Hearing held and continued. Leeds Disston appeared for debtor. Trevor Fehr appeared for the U.S. Trustee. Phyllis Voisenat appeared for Martin Eng. Joanne Eng appeared. Ms. Eng's Motion to Convert, docket no. 17, scheduled for 3/29 at 10:00 a.m. is continued to 4/3/24 at 2:30 p.m. (RE: related document(s) 5 Order and Notice of Status Conference Chp 11). **Hearing scheduled for 04/03/2024 at 02:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** (lp) (Entered: 03/22/2024) |
| 03/22/2024 | 41<br>(1 pg) | 🔊 The Audio File attached to the PDF includes several hearings. Court Date & Time [ 3/22/2024 10:00:00 AM ]. File Size [ 170537 KB ]. Run Time [ 02:57:39 ]. (admin). (Entered: 03/22/2024) |
| 03/25/2024 | | Hearing Continued. The hearing on 3/29 at 10:00 a.m. is continued to 4/3/24 at 2:30 p.m. pursuant to a hearing held on 3/22/24. (RE: related document(s) 17 Motion to Convert Case to Chapter 7 Fee Amount $15). **Hearing scheduled for 04/03/2024 at 02:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** (lp) (Entered: 03/25/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/26/2024 10:28:06 | | | |
| **PACER Login:** | devinewc | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 24-30074 Fil or Ent: filed From: 1/26/2023 To: 3/26/2024 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# EXHIBIT "3"
# Proposed Order

DEVINE LEGAL GROUP
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Ph: (702) 515-1500 / Fax: (702) 970-7175

WILLIAM C. DEVINE, II, ESQ.
Nevada Bar No. 10874
**DEVINE LAW FIRM, PLLC**
5940 South Rainbow Blvd.
Las Vegas, Nevada 89118
Tel: (702) 515-1500
Fax: (702) 577-1934
E-Mail: william@devinelawfirm.com
*Attorney for Debtor*
JOANNE W. ENG

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re: | BK Case No. 19-12981-mkn |
|---|---|
| JOANNE W. ENG, | Chapter 13 |
| | Judge: Hon. Mike K. Nakagawa |
| Debtor. | Trustee: Kathleen A. Leavitt |
| | Hearing Date: |
| | Hearing Time: |

### [PROPOSED]

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

THIS MATTER having come before the Court for a hearing on the above-listed date and time, on Attorney William Devine II, Esq.'s Motion to Withdraw as Counsel for Debtor; and based upon the pleadings and papers on file herein, and good cause appearing:

IT IS HEREBY ORDERED THAT, Attorney William Devine, II, Esq's Motion to Withdraw as Counsel for Debtor is granted;

IT IS FURTHER ORDERED THAT William Devine II, Esq, is hereby withdrawn as counsel of record for Debtor Joanne W. Eng in this matter before this Court.

DEVINE LEGAL GROUP
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Ph: (702) 515-1500 / Fax: (702) 970-7175

IT IS FURTHER ORDERED THAT all further communications to Debtor Joanne W. Eng shall be sent to her at:

> Joanne W. Eng.
> 10120 W. Flamingo Road, Suite 4
> Las Vegas, Nevada 89148

IT IS SO ORDERED.

Submitted by:

DEVINE LEGAL GROUP

_____
William C. Devine, II, Esq.
Nevada Bar No. 10874
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
*Attorney for Debtor*
*Joanne W. Eng*

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

____ The Court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

X  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### ###