WILLIAM C. DEVINE, II, ESQ.
Nevada Bar No. 10874
william@devine.legal
**DEVINE LEGAL GROUP**
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 515-1500
Facsimile: (702) 970-7175
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>JOANNE W. ENG,<br><br>　　　　　　Debtor. | BK Case No. 19-12981-mkn<br>Chapter 13<br>Judge: Hon. Mike K. Nakagawa<br>Trustee: Kathleen A. Leavitt<br><br>Hearing Date: May 1st, 2024<br>Hearing Time: 2:30 PM |

**NOTICE OF HEARING ON**

**MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

TO:   CLERK, UNITED STATES BANKRUPTCY COURT

TO:   CHAPTER 13 TRUSTEE

TO:   ALL CREDITORS AND OTHER PARTIES-IN-INTEREST

**YOU ARE HEREBY NOTICED** that the above-referenced *Motion to Withdraw as Counsel for Debtor* was filed in the above-captioned case on March 26, 2024.  The Motion seeks the Court's approval for Debtor's Counsel to withdraw as the attorney of record for Debtor. Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy to the person making the Motion ***no later than 14 days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3).  The Opposition must state your position, set forth all relevant facts

and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on May 1st, 2024, at 2:30pm.  Parties are permitted to appear telephonically by dialing (669) 254-5252, entering Meeting ID 161 062 2560 and entering Passcode 029066#.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code.  You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/ .  Select the hearing judge.  Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

**NOTICE IS FURTHER GIVEN** that the hearing on this matter may be continued from time-to-time without further notice.

DATED this 26th day of March, 2024.

Respectfully Submitted by,
**DEVINE LEGAL GROUP**

/s/ *William Devine, II*

William C. Devine, II, Esq.
Nevada Bar No. 10874
*Attorney for Debtor*

DEVINE LEGAL GROUP
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Ph: (702) 515-1500 / Fax: (702) 970-7175