Joanne Eng
10120 W. Flamingo Rd. Suite 4
Las Vegas, NV 89148
Email: jwaneng9@gmail.com
In Pro Se

RECEIVED AND FILED

APR 22 2024  DLS

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEVADA

In Re: Joanne W. Eng,

~~Debtor.~~

) Bankruptcy Court Case No: 19-12981-mkn
) Chapter 13
) AP 21-01136
)
) Hearing: May 1st, 2024
) Time: 2:30 pm
)
) Notice of Hearing on Motion to Withdraw
) as Counsel for Debtor
)
)
) Judge: Hon. Mike Nakagawa

Although Mr. Devine's Motion to Withdraw <u>contained inaccurate facts</u>, I do not object to the Motion to Withdraw. I am looking for a replacement lawyer, until I retain one I will act as per se.

Dated: April 3, 2024

Respectfully Submitted,

_____
Joanne Eng, Defendant in Pro Se