Jeffrey A. Cogan
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Las Vegas, Nevada 89014
Telephone: (702) 474-4220
Facsimile:  (702) 474-4228
Email: jeffrey@jeffreycogan.com
Attorney for Chapter 13 Debtor Joanne Eng

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Joanne W. Eng,<br><br>Chapter 13 Debtor. | Case No.: BK-S-19-12981-MKN<br><br>Chapter 13<br><br>**STIPULATION TO WITHDRAW JOANNE W. ENG'S MOTION TO DETERMINE CONTEMPT OF COURT PURSUANT TO 11 U.S.C. SECTIONS 105 AND 362 AND REQUEST FOR PUNITIVE DAMAGES, ATTORNEY'S FEES (ECF No. 54) WITH PREJUDICE** |

Comes now, Joanne W. Eng, by and through her attorney, Jeffrey A. Cogan, Esq. of Jeffrey A. Cogan Chartered, a PLLC and hereby Stipulates and Agrees with respondent Legal Recovery, LLC by and through its attorney, Michael R. Brooks of Hutchinson & Steffan as follows:

**IT IS HEREBY STIPULATED AND AGREED TO** that on February 5, 2016, Legal Recovery, LLC filed a second amended verified complaint for damages, in the Superior Court of California, County of San Francisco, case number CGC 15-548357, naming Joanne Eng as a defendant.

/ / /

/ / /

1  **IT IS FURTHER STIPULATED AND AGREED TO** Joanne W. Eng filed a voluntary Chapter 13 Petition. (ECF No. 1).[1]

**IT IS FURTHER STIPULATED AND AGREED TO** that November 8, 2019, Legal Recovery, LLC filed its motion for relief from the automatic stay to continue the San Francisco Superior Case *supra.* (ECF No. 36). Legal Recovery, LLC represented that the "Debtor's insurance carrier has an opportunity to settle this matter . . .[t]hus Legal Recovery, LLC's right and ability to recover through the Debtor's insurance policy constitutes cause under 11 U.S.C. § 362(d)(1). *Id.*, 6:12-16.

**IT IS FURTHER STIPULATED AND AGREED TO** that on December 11, 2019, the relief from stay motion was granted and the relief was limited to allowing Legal Recovery, LLC to pursue any insurance coverage that may be applicable. Legal Recovery, LLC's counsel was directed to submit a proposed order consistent with the court's oral ruling. Order on Motion to Determine Contempt of Court Pursuant to 11 U.S.C. Sections 105 and 362 and Request for Punitive Damages at 4:3-6. (ECF No. 70).

**IT IS FURTHER STIPULATED AND AGREED TO** that on January 20, 2020, the relief from stay order was entered. (ECF No. 45).

**IT IS FURTHER STIPULATED AND AGREED TO** that on December 10, 2021, Joanne Eng filed a Motion to Determine Contempt of Court Pursuant to 11 U.S.C. Sections 105 and 362 and Request for Punitive Damages at 4:3-6. (ECF No. 54).

**IT IS FURTHER STIPULATED AND AGREED TO** that the hearing on the Contempt Motion was continued to February 23, 2022 for status. (ECF No. 63).

**IT IS FURTHER STIPULATED AND AGREED TO** that after counsel for Legal Recovery, LLC having failed to submit a proposed order accurately reflecting

---

[1] All references to "ECF No." are to the number assigned to the documents filed in the above-captioned Chapter 13 proceeding as they appear on the docket maintained by the clerk of the court.

the court's oral ruling on the relief from stay motion, on February 10, 2022, the court entered an amended order: (1) vacating the prior relief from stay order, (2) and entering an order reflecting the court's oral ruling. (ECF No. 64).

**IT IS FURTHER STIPULATED AND AGREED TO** that Joanne W. Eng's Chapter 13 Discharge was entered on July 24, 2024. (ECF No. 113).

**IT IS FURTHER STIPULATED AND AGREED TO** that Joanne W. Eng's Chapter 13 Discharge gave rise to a permanent injunction pursuant 11 U.S.C. § 524(a)(1) voids the judgment entered in the Superior Court of California, County of San Francisco, case number CGC 15-548357 and under 11 U.S.C. § 524(a)(2) operates as an injunction to any collection activity against Joanne Eng by Legal Recovery, LLC.

**IT IS FURTHER STIPULATED AND AGREED TO** that Legal Recovery, LLC filed Complaint in the Superior Court of California, County of San Francisco, on November 22, 2022 as case number CGC-22-603067 will be dismissed as against Joanne Eng, only, with prejudice.

**IT IS FURTHER STIPULATED AND AGREED TO** the status check on the motion for contempt has been continue many times and is currently set for February 5, 2025 at 2:30 p.m.

**IT IS FURTHER STIPULATED AND AGREED TO** that the parties have come to an agreement which requires a dismissal with prejudice as to Joanne W. Eng of the Superior Court of California, County of San Francisco, case number CGC 15-548357 in exchange for a withdrawal of the Motion to Determine Contempt of Court Pursuant to 11 U.S.C. Sections 105 and 362 and Request for Punitive Damages with prejudice by Joanne W. Eng.

**IT IS FURTHER STIPULATED AND AGREED TO** that by this Stipulation,

/ / /

/ / /

1  the parties request any further hearings on this matter be vacated.

2        STIPULATED AND AGREED TO on the 13th day of December, 2024.

3  JEFFREY A. COGAN CHARTERED      **HUTCHISON & STEFFAN, PLLC**
   a PLLC

5  By  /s/ Jeffrey A. Cogan            By   /s/ Michael R. Brooks
      Jeffrey A. Cogan, Esq.               Michael R. Brooks (7287)
      Nevada Bar No. 4569                10080 West Alta Drive, Suite 200
      1057 Whitney Ranch Road, Suite 350    Las Vegas, Nevada 89145
      Henderson, Nevada 89014           Telephone: 702-385-2500
      Telephone: (702) 474-4220           Facsimile: 702-385-2080
      Facsimile: (702) 474-4228           mbrooks@hutchlegal.com
      Email: jeffrey@jeffreycogan.com       *Attorneys for*
      Attorney for Chapter 13 Debtor        *Legal Recovery, LLC*
      Joanne W. Eng