

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

_____

Entered on Docket
December 16, 2024

Jeffrey A. Cogan
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Las Vegas, Nevada 89014
Telephone: (702) 474-4220
Facsimile:  (702) 474-4228
Email: jeffrey@jeffreycogan.com
Attorney for Chapter 13 Debtor Joanne Eng

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>Joanne W. Eng,<br><br>Chapter 13 Debtor. | Case No.: BK-S-19-12981-MKN<br><br>Chapter 13<br>**ORDER GRANTING STIPULATION TO WITHDRAW JOANNE W. ENG'S MOTION TO DETERMINE CONTEMPT OF COURT PURSUANT TO 11 U.S.C. SECTIONS 105 AND 362 AND REQUEST FOR PUNITIVE DAMAGES, ATTORNEY'S FEES (ECF No. 54) WITH PREJUDICE AND VACATE HEARINGS** |
|---|---|

This matter having come before the Court on the Stipulation to Withdraw Joanne W. Eng's Motion to Determine Contempt of Court Pursuant to 11 U.S.C. Sections 105 and 362 and Request for Punitive Damages, Attorney's Fees With

1  Prejudice (ECF No. 154), the Court having reviewed the Stipulation on file herein, and having found good cause:

**IT IS HEREBY ORDERED, ADJDUGED, AND DECREED** that the Stipulation to Withdraw Joanne W. Eng's Motion to Determine Contempt of Court Pursuant to 11 U.S.C. Sections 105 and 362 and Request for Punitive Damages, Attorney's Fees (ECF No. 154) is granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the status hearing set for February 5, 2025 at 2:30 p.m. is vacated.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Clerk of the Court may close this case.

Submitted by:

JEFFREY A. COGAN CHARTERED
a PLLC

By  /s/ Jeffrey A. Cogan
    Jeffrey A. Cogan, Esq.
    Nevada Bar No. 4569
    1057 Whitney Ranch Road, Suite 350
    Henderson, Nevada 89014
    Telephone: (702) 474-4220
    Facsimile:  (702) 474-4228
    Email: jeffrey@jeffreycogan.com
    Attorney for Chapter 13 Debtor
    Joanne W. Eng

**###**