Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC.
1057 Whitney Ranch Drive
Henderson, Nevada  89014
Telephone: (702) 474-4220
Facsimile:  (702) 474-4228
Email: jeffrey@jeffreycogan.com
Attorney for Debtor Joanne Eng

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JOANNE ENG,<br><br>Chapter 13 Debtor. | Case No.:   BK-19-12981-MKN<br><br>Chapter 13<br><br>NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO WITHDRAW JOANNE W. ENG'S MOTION TO DETERMINE CONTEMPT OF COURT PURSUANT TO  11 U.S.C. SECTIONS 105 AND 362 AND REQUEST FOR PUNITIVE DAMAGES, ATTORNEY'S FEES (ECF No. 154) WITH PREJUDICE AND VACATE HEARINGS<br><br>Date of Hearing:  N/A<br>Time of Hearing:  N/A |

TO:     ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that an ORDER GRANTING STIPULATION TO WITHDRAW JOANNE W. ENG'S MOTION TO DETERMINE CONTEMPT OF COURT PURSUANT TO  11 U.S.C. SECTIONS 105 AND 362 AND REQUEST FOR PUNITIVE DAMAGES, ATTORNEY'S FEES WITH PREJUDICE AND VACATE HEARINGS (ECF No.154) was entered on the docket as ECF No. 155 on

/ / /

/ / /

1  / / /

2  December 16, 2024. A copy of the Order is attached hereto.

3  DATED this 17th day of December, 2024.

4  JEFFREY A. COGAN CHARTERED, a PLLC

6  By <u>Jeffrey A. Cogan, Esq.</u>
Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
1057 Whitney Ranch Drive, Suite 350
Henderson, NV  89014
Telephone: 702-474-4220
Facsimile: 702-474-4228
Email: jeffrey@jeffreycogan.com
Attorney for Debtor Joanne Eng

## CERTIFICATE OF SERVICE

12  1.   On December 17, 2024 I served the following document(s) **NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO WITHDRAW JOANNE W. ENG'S MOTION TO DETERMINE CONTEMPT OF COURT PURSUANT TO 11 U.S.C. SECTIONS 105 AND 362 AND REQUEST FOR PUNITIVE DAMAGES, ATTORNEY'S FEES (ECF No.154) WITH PREJUDICE AND VACATE HEARINGS.**

17  2.   I served the above-named document(s) by the following means to the persons as listed below:   ***(Check all that apply)***

19  ☒   a. **ECF System** (*you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

21   *See attached* Notice of Electronic Filing.

23  ☐   b. **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary*)

25  ***\* See attached list for additional recipients.***

26  ☐   c. **Personal Service** (*List persons and addresses.  Attach additional paper if necessary*) I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   **d. By direct email (as opposed to through the ECF System)**

I declare under penalty of perjury that the foregoing is true and correct.

Signed on:  December 17, 2024

| | |
|---|---|
| Jeffrey A. Cogan, Esq. | /s/ Jeffrey A. Cogan, Esq. |
| (Name of Declarant) | (Signature of Declarant) |



jeffrey< jeffrey@jeffreycogan.com >

## 19-12981-mkn Stipulated/Agreed Order

**USBC_NEVADA@nvb.uscourts.gov** < USBC_NEVADA@nvb.uscourts.gov >

Mon, 16 Dec 2024 3:05:34 PM -0800

To   "Courtmail"<Courtmail@nvb.uscourts.gov>

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from Sherman, MM entered on 12/16/2024 at 3:04 PM PST and filed on 12/16/2024
**Case Name:**         JOANNE W. ENG
**Case Number:**       19-12981-mkn
**Document Number:** 155

**Docket Text:**
Stipulated/Agreed Order (Related document(s)[154] Stipulation filed by Debtor JOANNE W. ENG.) (mms)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** ENG_Order_for_FILING.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/16/2024] [FileNumber=36325051-0] [e91d300154d4b18106d4201895b417525016eb503ddea2a4b0d8897cc53f2db130 9eee8d301e49a8d522b0ae184da9d3ffdbdb28fa09c2024bd163108fba4ab8]]

**19-12981-mkn Notice will be electronically mailed to:**

MALIK W. AHMAD on behalf of Creditor LEGAL RECOVERY LLC
malik@lasvegaslawgroup.com, malik11397@aol.com

MALIK W. AHMAD on behalf of Creditor LEGAL RECOVERY, LLC
malik@lasvegaslawgroup.com, malik11397@aol.com

MALIK W. AHMAD on behalf of Plaintiff LEGAL RECOVERY, LLC
malik@lasvegaslawgroup.com, malik11397@aol.com

MICHAEL R. BROOKS on behalf of Creditor LEGAL RECOVERY LLC
mbrooks@hutchlegal.com, dkelley@hutchlegal.com

MICHAEL R. BROOKS on behalf of Creditor LEGAL RECOVERY, LLC
mbrooks@hutchlegal.com, dkelley@hutchlegal.com

MICHAEL R. BROOKS on behalf of Plaintiff LEGAL RECOVERY, LLC
mbrooks@hutchlegal.com, dkelley@hutchlegal.com

MICHAEL W. CHEN on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

JEFFREY A. COGAN on behalf of Debtor JOANNE W. ENG
jeffrey@jeffreycogan.com, jeffreyacogan@gmail.com

WILLIAM C DEVINE, II on behalf of Defendant JOANNE ENG
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

KATHLEEN A. LEAVITT
courtsecf3@las13.com

DAVID A RIGGI on behalf of Interested Party LOMBARD FLATS LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Interested Party MARTIN ENG
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

**19-12981-mkn Notice will not be electronically mailed to:**

PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

Synchrony Bank by AIS InfoSource, LP as agent.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

WELLS FARGO BANK, N.A.
P.O BOX 10438
DES MOINES, IA 50306



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 16, 2024

Jeffrey A. Cogan
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Las Vegas, Nevada 89014
Telephone: (702) 474-4220
Facsimile:  (702) 474-4228
Email: jeffrey@jeffreycogan.com
Attorney for Chapter 13 Debtor Joanne Eng

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No.: BK-S-19-12981-MKN |
|---|---|
| Joanne W. Eng,<br><br>    Chapter 13 Debtor. | Chapter 13<br>**ORDER GRANTING STIPULATION TO WITHDRAW JOANNE W. ENG'S MOTION TO DETERMINE CONTEMPT OF COURT PURSUANT TO 11 U.S.C. SECTIONS 105 AND 362 AND REQUEST FOR PUNITIVE DAMAGES, ATTORNEY'S FEES (ECF No. 54) WITH PREJUDICE AND VACATE HEARINGS** |

This matter having come before the Court on the Stipulation to Withdraw Joanne W. Eng's Motion to Determine Contempt of Court Pursuant to 11 U.S.C. Sections 105 and 362 and Request for Punitive Damages, Attorney's Fees With

Page **1** of 2

1  Prejudice (ECF No. 154), the Court having reviewed the Stipulation on file herein,
2  and having found good cause:
3      **IT IS HEREBY ORDERED, ADJDUGED, AND DECREED** that the
4  Stipulation to Withdraw Joanne W. Eng's Motion to Determine Contempt of Court
5  Pursuant to 11 U.S.C. Sections 105 and 362 and Request for Punitive Damages,
6  Attorney's Fees (ECF No. 154) is granted.
7      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the status
8  hearing set for February 5, 2025 at 2:30 p.m. is vacated.
9      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Clerk
10 of the Court may close this case.
11 Submitted by:
12 JEFFREY A. COGAN CHARTERED
   a PLLC
13
   By  /s/ Jeffrey A. Cogan
14     Jeffrey A. Cogan, Esq.
       Nevada Bar No. 4569
15     1057 Whitney Ranch Road, Suite 350
       Henderson, Nevada 89014
16     Telephone: (702) 474-4220
       Facsimile:  (702) 474-4228
17     Email: jeffrey@jeffreycogan.com
       Attorney for Chapter 13 Debtor
18     Joanne W. Eng
19
20                              ###